**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>            Plaintiff,<br>    vs.<br><br>UNCLE ZEV, LLC D/B/A ELEMENTS29 DELI; SUNG HAN; DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:20-cv-000938 FMO (AGRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNCLE ZEV, LLC D/B/A ELEMENTS29 DELI** |

**PLEASE TAKE NOTICE** that Plaintiff COLTON BRYANT ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant UNCLE ZEV, LLC D/B/A ELEMENTS29 DELI ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

---

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  February 19, 2020    SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
         Jason J. Kim
         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**